```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
IN RE:                                          Case #: 17-4

BALWINDER SINGH
                                                CHAPTER 13 PLAN
                        Debtor
----------------------------------X
```

1.    The future earnings of the debtor are submitted to the supervision and control of the trustee and the Debtor shall pay to the trustee as follows OVER A TERM OF THREE (3) MONTHS as follows: $1000.00 PER MONTH FOR 36 MONTHS.

2.    From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all ALLOWED claims entitled to priority under 11 U.S.C. Section 507:

(i) Trustee Commission of 10%; (ii) Richard S. Feinsilver - $3000.00

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

MELROSE FCU (Loan 6C79) - Debtor is current in the remittance of taxi medallion loan payments taxes encumbering debtor's NYC Taxi Medallion 6C79 at time of filing. Debtor shall remain current and remit post petition mortgage payments direct to creditor outside of plan.
QUICKEN LOANS (Loan 8761) Debtor is current in the remittance of mortgage payments encumbering debtor's property at 85-60 256th Street, Floral Park NY at time of filing. Debtor shall remain current and remit post petition mortgage payments direct to creditor outside of plan.
TOYOTA (Loan 4139) Debtor is current in the remittance of auto payments encumbering debtor's 2015 Toyota Prius automobile at time of filing. Debtor shall remain current and remit post petition mortgage payments direct to creditor outside of plan.

( c) Subsequent to the payment of dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro-rata distribution to all timely filed proofs of claim AS FOLLOWS:

Unsecured creditors, as a class are to receive 100% of any allowed amount claimed.

3. The following executory contracts and leases of the debtor are rejected: None.

4. Other provisions:

Title to the debtor's property shall revest in the debtor upon confirmation of a plan.

Throughout the term of this plan, debtor agrees that it will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

Dated: September 25, 2017

                                              s/Balwinder Singh
                                       _____
                                       Debtor

                                       _____
                                       Debtor

s/Richard S. Feinsilver
_____
Debtor's Attorney